# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICKA NELLON,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND RADIO CORPORATION,<br><br>Defendant. | Case No. 1:19-cv-12376-WGY |

## STIPULATION FOR DISMISSAL

Plaintiff, FREDERICKA NELLON, and Defendant, MIDLAND RADIO CORPORATION, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: March 10, 2020

BLOCK & LEVITON LLP

By:  /s/ Jason M. Leviton
Jason M. Leviton, Esq
BBO # 678331
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5600
Jason@blockesq.com


*Attorneys for Plaintiff*

LATHROP GPM LLC

By:  /s/ William A. Scofield, Jr
William A. Scofield Jr – MA
BBO # 448940
28 State Street, Suite 700
Boston, MA 02109
Telephone: (857) 300-4000
wscofield@lathropgage.com


*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 10[the] day of March 2020.

                                                        */s/ Jason M. Leviton*
                                                        JASON M. LEVITON